IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

RONNIE EUGENE WILLIAMS,

    Petitioner,

v.

HOMER BYSON,

    Respondent.

CIVIL ACTION NO.: 6:17-cv-71

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, (doc. 4), to which Petitioner filed Objections, (doc. 6).[1] Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court, **OVERRULES** Petitioner's Objections, and **DISMISSES** Petitioner's 28 U.S.C. § 2241 Petition. In addition, the Court **DENIES** Petitioner leave to appeal *in forma pauperis*. The Court **DIRECTS** the Clerk of Court to enter an appropriate judgment of dismissal and to **CLOSE** this case.

**SO ORDERED**, this 31st day of August, 2017.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] In his Objections, Petitioner appears to contend that the Eleventh Circuit Court of Appeals has authorized him to file a second or successive habeas petition and that this Court should, therefore, permit him to proceed. (Doc. 6, pp. 2–3.) As discussed in the Report and Recommendation, however, the Eleventh Circuit denied Petitioner's Application for Leave to File a Second or Successive Habeas Petition on February 3, 2017. (Doc. 4, p. 5.)