# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF GEORGIA
# STATESBORO DIVISION

RONNIE EUGENE WILLIAMS,                *
                                       *
     Petitioner,                       *
                                       *
          v.                           *      CV 617-071
                                       *
HOMER BYSON,                           *
                                       *
     Respondent.                       *

# O R D E R

Before the Court are Petitioner's motions for: (i) a certificate of appealability; (ii) an extension of time to file a request for leave to appeal *in forma pauperis* on appeal; and (iii) leave to appeal *in forma pauperis*. (Docs. 10, 14, 15.) Notably, the Court – having concluded that there were no non-frivolous issues to raise on appeal and that an appeal would not be taken in good faith – preemptively denied Petitioner leave to appeal *in forma pauperis* when it dismissed the petition and closed this case. (Doc. 7; Doc. 4, at 6-7.) After a *de novo* review of the file and Petitioner's present filings, the Court confirms that it can discern no non-frivolous issues to raise on appeal and that Petitioner's appeal has not been taken in good faith. The Court further concludes that Petitioner has failed to make a substantial showing of the denial of a constitutional right and thus will not issue a Certificate of Appealability in this case. See 28 U.S.C. § 2253(c).

Accordingly, upon due consideration, **IT IS HEREBY ORDERED** that Petitioner's motion for certificate of appealability (doc. 10) is **DENIED**. **IT IS FURTHER ORDERED** that Petitioner's motions for extension of time to file a request for leave to appeal *in forma pauperis* (doc. 14) and for leave to appeal *in forma pauperis* (doc. 15) are **DENIED AS MOOT**.

**ORDER ENTERED** at Augusta, Georgia, this 2nd day of November, 2017.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA